AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Hugo Uriel LOPEZ-Gaspar<br><br>_Defendant(s)_ | )<br>)<br>) Case No: 25MJ2555<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>June 25, 2025</u> in the county of <u>Luna</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On June 25, 2025, the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. At the time of defendant's arrest, the defendant admitted that he was a citizen of Mexico and that he had illegally crossed the border into the United States at a place other than a lawful port of entry. Immigration checks revealed that the defendant had been deported on or about June 21, 2025. Immigration record checks do not indicate that the defendant has ever applied for, nor received the consent of the appropriate authority of the United States to re-apply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Ivan Cobos  Agent
_Printed name and title_

Sworn to by telephone. KS

Date: June 26, 2025 KS

City and state: Las Cruces, N.M.

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
_Printed name and title_